# EXHIBIT B

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: NY-3339756

On (date): 4-NOV-2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Eric Cochran

(Street Address): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(City): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Description of Item(s):

7 THUMB DRIVES
1 CELL PHONE
1 COMPUTER PIECE WITH MICRO SD CARD
7 MICRO SD CARDS, 3 ADAPTERS
2 HARD DRIVES
1 TOSHIBA HARD DRIVE WITH CORD
1 NEXUS TABLET
2 SD STORAGE CARDS, 1 USB
1 SEAGATE HARD DRIVE
1 LAPTOP WITH CHARGER
1 CELL PHONE
1 GAMING TOWER WITH POWER CORD

Received By: _[signature]_
Printed Name/Title: M. Peeless / SA

Received From: _Eric Cochran_ (Signature)
Printed Name/Title: Eric Cochran