# BRACEWELL

February 23, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *In re: Search Warrants dated November 3 and 5, 2021*,
Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the December 2021 and January 2022 invoices setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared these invoices with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve these invoices and direct the parties to pay the amounts set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachments

cc: Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

January 18, 2022
Invoice: 21925933

Our Matter:   0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through December 31, 2021

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/09/21 | Review docket | 0.50 | 475.00 |
| 12/10/21 | Continue review of Court filings | 4.00 | 3,800.00 |
| 12/13/21 | Read December 13, 2021 letter from Paul Calli | 0.80 | 760.00 |
| 12/13/21 | Prepare for conference; conferences with Special Master | 2.50 | 2,375.00 |
| 12/14/21 | Review of materials provided by parties; conf with J. Jones | 3.10 | 2,945.00 |
| 12/14/21 | Review materials; conduct video meeting | 2.50 | 2,375.00 |
| 12/14/21 | Conference with parties; prepare for same; follow up from same | 3.50 | 3,325.00 |
| 12/15/21 | Review of provided materials; conf with J. Jones/DS | 1.30 | 1,235.00 |
| 12/15/21 | Review search warrants | 1.00 | 950.00 |
| 12/15/21 | Prepare for review; conference with Special Master | 3.00 | 2,850.00 |
| 12/16/21 | Review compensation proposal; various e-mails; meet with team | 1.50 | 1,425.00 |
| 12/16/21 | Prepare for review | 1.50 | 1,425.00 |
| 12/17/21 | Review of provided materials and ex parte submissions | 1.10 | 1,045.00 |
| 12/22/21 | Review party submissions; call with J. Jones re procedures | 1.20 | 1,140.00 |
| 12/27/21 | Attention to document production issues | 1.30 | 1,235.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)    Invoice: 21925933

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/27/21 | Prepare for review | 0.50 | 475.00 |
| 12/30/21 | Call with government; call with vendor; attention to various | 1.00 | 950.00 |

**Total Fees**  $ 28,785.00

**Total Fees, Expenses and Charges on This Invoice**  $ 28,785.00

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

February 10, 2022
Invoice: 21927664

Our Matter:   0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through January 31, 2022

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 01/03/22 | Review materials and prepare for review; attention to technical issues | 2.00 | 1,900.00 |
| 01/04/22 | Review materials; attention to document issues; review of party submission; conf with JJ | 2.00 | 1,900.00 |
| 01/04/22 | Prepare for review; prepare materials for Special Master | 3.00 | 2,850.00 |
| 01/05/22 | Prepare materials for Special Master; call with D Connolly | 2.50 | 2,375.00 |
| 01/06/22 | Prepare for review; attention to technical issues | 1.50 | 1,425.00 |
| 01/07/22 | Conf with DS re tech issues; review of search warrant affidavits; call with vendor | 1.30 | 1,235.00 |
| 01/11/22 | Review of party submissions; review of seized materials; conf with J. Jones/DS | 1.40 | 1,330.00 |
| 01/11/22 | Review Government costs letter | 0.10 | 95.00 |
| 01/11/22 | Review correspondence from party | 0.40 | 380.00 |
| 01/12/22 | Prepare for review; attention to technical issues | 1.00 | 950.00 |
| 01/14/22 | Prepare for review; attention to technical issues | 1.30 | 1,235.00 |
| 01/16/22 | Review search warrants | 2.50 | 2,375.00 |
| 01/18/22 | Review of seized materials; call with J. Jones | 1.70 | 1,615.00 |
| 01/18/22 | Prepare report and release of documents | 3.00 | 2,850.00 |

# BRACEWELL

**Page** 2

Client: United States District Court, Southern District of New York (Veritas)　　　　　Invoice: 21927664

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/19/22 | Prepare for review | 1.00 | 950.00 |
| 01/21/22 | Prepare for review; attention to technical issues | 2.00 | 1,900.00 |
| 01/23/22 | Conference regarding review; correspondence with parties | 0.60 | 570.00 |
| 01/23/22 | Conference with special master; prepare for review | 2.00 | 1,900.00 |
| 01/24/22 | Review of seized materials with J. Jones; conf with DS | 2.00 | 1,900.00 |
| 01/24/22 | Review materials for responsiveness | 1.60 | 1,520.00 |
| 01/24/22 | Review materials and attend to related tasks | 2.50 | 2,375.00 |
| 01/25/22 | Review of seized materials; conf with DS | 0.50 | 475.00 |
| 01/25/22 | Prepare for review | 2.00 | 1,900.00 |
| 01/27/22 | Prepare for review; attention to technical issues | 2.00 | 1,900.00 |
| 01/28/22 | Prepare for release | 0.50 | 475.00 |
| 01/29/22 | Calls with team; attention to release of materials | 0.50 | 475.00 |
| 01/29/22 | Prepare release; telephone calls with Special Master | 1.20 | 1,140.00 |
| 01/30/22 | Prepare for review | 2.00 | 1,900.00 |
| 01/31/22 | Prepare for review | 3.20 | 3,040.00 |
| **Total Fees** | | | **$ 44,935.00** |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN　　CONNECTICUT　　DALLAS　　DUBAI　　HOUSTON　　LONDON　　NEW YORK　　SAN ANTONIO　　SEATTLE　　WASHINGTON, DC

# BRACEWELL

Client: United States District Court, Southern District of New York (Veritas)　　　　　　　　　　Invoice: 21927664

**Expense Detail**

| Date | Cost | Description | Amount |
|---|---|---|---|
| 01/31/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Dedupe/Culling, EDD Technical Time, Frieght, Monthly Data Hosting, Native Data Processing, Project Managmeent Inv# INV-CDS-19439 Date: 01/31/2022 | 17,199.33 |
| **Total Expenses** | | | **$ 17,199.33** |
| **Total Fees, Expenses and Charges on This Invoice** | | | **$ 62,134.33** |