UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21-MC-00819 (AT)

In re Search Warrant Dated November 3, 2021

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Steven Harrison hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Eric Cochran in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the states of New Jersey and New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:
March 10, 2022

Respectfully Submitted,
Applicant Signature: _____

Applicant's Name: Steven Harrison

Firm Name: Greenberg Traurig, LLP

Address: 2101 L Street NW, Suite 1000

City/State/Zip: Washington, DC 20037

Telephone/Fax: 202-530-8508

Email: harrisonst@gtlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 10, 2022 I caused a true and correct copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* and attachments to be filed via ECF upon all parties of record herein.

*[signature]*

Steven Harrison