# BRACEWELL

March 17, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the February 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

March 09, 2022
Invoice: 21929538

Our Matter: Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through February 28, 2022

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/02/22 | Review of materials; conf with J. Jones/DS | 2.80 | 2,660.00 |
| 02/02/22 | Review materials | 2.50 | 2,375.00 |
| 02/02/22 | Review materials; prepare for same; correspondence with parties | 3.50 | 3,325.00 |
| 02/07/22 | Review materials | 3.10 | 2,945.00 |
| 02/07/22 | Analyze new materials; review materials | 3.20 | 3,040.00 |
| 02/08/22 | Review materials | 1.00 | 950.00 |
| 02/08/22 | Review materials | 1.00 | 950.00 |
| 02/09/22 | Review materials provided; conf with DS and J. Jones | 1.20 | 1,140.00 |
| 02/11/22 | Review materials and finalize release | 0.50 | 475.00 |
| 02/11/22 | Review additional materials and consult with J Jones; finalize release to parties; telephone call with L Korologos re: technical issues | 2.50 | 2,375.00 |
| 02/15/22 | Attention to technical issues re staging materials for review | 1.00 | 950.00 |
| 02/16/22 | Review Court Order; discuss next steps with team | 0.30 | 285.00 |
| 02/16/22 | Prepare for review including conducting searches/technical review for various devices; correspondence with vendor | 3.50 | 3,325.00 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN    CONNECTICUT    DALLAS    DUBAI    HOUSTON    LONDON    NEW YORK    SAN ANTONIO    SEATTLE    WASHINGTON, DC

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)          Invoice: 21929538

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/17/22 | Prepare for review including technical searching and staging | 2.00 | 1,900.00 |
| 02/21/22 | Prepare submission to court; attention to technical issues | 1.00 | 950.00 |
| 02/23/22 | Prepare for review; attention to technical issues | 2.20 | 2,090.00 |
| 02/24/22 | Attention to technical issues in preparation for review | 0.80 | 760.00 |
| 02/28/22 | Review materials | 1.70 | 1,615.00 |
| 02/28/22 | Review materials; prepare for same; prepare release | 2.50 | 2,375.00 |
| **Total Fees** | | | **$ 34,485.00** |

### Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 12/31/21 | Services | Complete Discovery Source - Vendor: Complete Discovery Source - Professional Services for data copying and extraction Inv# INV-CDS-18665 Date: 12/31/2021 | 648.51 |
| 02/04/22 | Delivery Services/Messenger | FedEx ERS - Delivery Charges 2022-02-04 03837 ATTN Kelsey Palermo / Federal Bureau of Investigatio 03837 289303999019 765086830 | 21.85 |

# BRACEWELL

Page 3

Client: United States District Court, Southern District of New York (Veritas)         Invoice: 21929538

| Date | Cost | Description | Amount |
|---|---|---|---|
| 02/28/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Expense, Monthly Data Housing, Monthly User License, Project Management Inv# INV-CDS-20135 Date: 02/28/2022 | 4,671.96 |

**Total Expenses**                                                                                                   **$ 5,342.32**

**Total Fees, Expenses and Charges on This Invoice**                                                **$ 39,827.32**

Petitioners' 50% share    $19,913.66
Government's 50% share  $19,913.66

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC