# BRACEWELL

August 22, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the July 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment


cc:   Counsel for all parties

---

**Barbara S. Jones**
Partner

T:+1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

August 08, 2022
Invoice: 21939476

Our Matter:  0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through July 31, 2022

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/06/22 | Review issues with R. Maxwell. | 0.30 | 285.00 |
| 07/06/22 | Review materials; discussion with Judge Jones. | 2.60 | 2,340.00 |
| 07/07/22 | conf with J' Jones re progress report; review submission | 1.00 | 950.00 |
| 07/07/22 | Review issues. | 2.00 | 1,900.00 |
| 07/07/22 | Review materials. | 2.90 | 2,610.00 |
| 07/07/22 | Review materials with Special Master | 1.50 | 1,425.00 |
| 07/11/22 | Draft Report and Recommendation. | 2.50 | 2,250.00 |
| 07/11/22 | Attention to technical issues | 1.00 | 950.00 |
| 07/12/22 | Discussing issues with R. Maxwell. | 0.30 | 285.00 |
| 07/12/22 | Draft Report and Recommendation. | 1.90 | 1,710.00 |
| 07/12/22 | Investigate technical issues | 1.30 | 1,235.00 |
| 07/13/22 | Draft Report and Recommendation. | 0.80 | 720.00 |
| 07/13/22 | Calls with vendor et al re: technical issues; follow up re same | 2.00 | 1,900.00 |
| 07/14/22 | Draft Report and Recommendation. | 3.90 | 3,510.00 |
| 07/18/22 | Draft Report and Recommendation | 3.40 | 3,060.00 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)     Invoice: 21939476

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/19/22 | Draft Report and Recommendation | 2.40 | 2,160.00 |
| 07/20/22 | Draft Report and Recommendation | 2.30 | 2,070.00 |
| 07/21/22 | Draft Report and Recommendation. | 0.60 | 540.00 |
| 07/22/22 | Call with J. Jones; review of submissions | 1.00 | 950.00 |
| 07/25/22 | Attention to technical issues | 1.00 | 950.00 |
| 07/28/22 | Review materials. | 2.90 | 2,610.00 |
| 07/28/22 | Review objections | 2.00 | 1,900.00 |
| **Total Fees** | | | **$ 36,310.00** |

**Expense Detail**

| Date | Cost | Description | Amount |
|---|---|---|---|
| 07/31/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, User License, Project Management Inv# INV-CDS-24285 Date: 07/31/2022 | 9,252.74 |

# BRACEWELL

**Page** 3

Client: United States District Court, Southern District of New York (Veritas)  Invoice: 21939476

| | |
|---|---:|
| **Total Expenses** | **$ 9,252.74** |
| **Total Fees, Expenses and Charges on This Invoice** | **$ 45,562.74** |

Government's 50% Share: $22,781.37
Petitioners' 50% Share: $22,781.37