UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2023  

| | |
|---|---|
| In re Search Warrant dated November 5, 2021, | 21 Misc. 813 (AT) |
| In re Search Warrant dated November 3, 2021 | 21 Misc. 819 (AT) |
| In re Search Warrant dated November 3, 2021, | 21 Misc. 825 (AT) |

**ORDER**

ANALISA TORRES, District Judge:

     On December 20, 2021, Intervenor, the Reporters Committee for Freedom of the Press ("RCFP"), filed objections to the December 7, 2021 order of the Honorable Sarah L. Cave.  No. 21 Misc. 813, ECF No. 49; *see also* ECF No. 47.  The Government has filed responses to RCFP's objections.  ECF Nos. 53, 83, 95.  By **May 30, 2023**, the Government shall, in a letter of no more than 5 pages, state its position on the applicable standard of review.  *See* ECF No. 49 at 5–8.

     SO ORDERED.

Dated: May 15, 2023
      New York, New York

ANALISA TORRES
United States District Judge