# BRACEWELL

September 5, 2023

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *In re: Search Warrants dated November 3 and 5, 2021*,
Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

  Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the invoice covering June and July 2023 setting forth expenses incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

  I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

  As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc: Counsel for all parties

---

**Barbara S. Jones**
Partner

T:+1.212.508.6105   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)  
500 Pearl Street  
New York, NY 10007

August 10, 2023  
Invoice: 21961325

Our Matter:       Special Master in Matters of Search Warrants regarding  
                  Project Veritas  
                  For Services Through July 27, 2023

| <u>Date</u> | <u>Description</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| | | | | $ 0.00 |

**Total Fees**

## Expense Detail

| <u>Date</u> | <u>Cost</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 06/30/23 | Other | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, User License & Project Management Inv# INV-CDS-33823 Date: 06/30/2023 | 635.32 |
| 07/31/23 | Other | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting Inv# INV-CDS-35118 Date: 07/31/2023 | 591.98 |

**Total Expenses** $ 1,227.30

**Total Fees, Expenses and Charges on This Invoice** $ 1,227.30