

Todd Graves
Direct Dial: (816) 256-3173
tgraves@gravesgarrett.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/22/2023
```

December 20, 2023

<u>Via ECF</u>

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>In re: Search Warrant Dated November 5, 2021, No.: 21 Misc. 813 (AT)</u>
            <u>In re: Search Warrant Dated November 3, 2021, No.: 21 Misc. 819 (AT)</u>
            <u>In re: Search Warrant Dated November 3, 2021, No.: 21 Misc. 825 (AT)</u>

Dear Judge Torres:

       Todd P. Graves and Graves Garrett Greim, LLC move to withdraw their appearances as counsel for Project Veritas in the above-referenced actions. Project Veritas continues to be represented by counsel without interruption, including by Ben Barr, Esq., and Stephen Klein, Esq. The client, through its Board, was notified of this letter motion and provided a copy, and duly approved our withdrawal at a meeting of the Board.

       Accordingly, Todd P. Graves, and Graves Garrett Greim, LLC request that the Court enter an Order granting this motion and discharging them from all further legal representation and responsibility in the above referenced matters.



                Respectfully submitted,

                /s/ Todd P. Graves
                Edward D. Greim #4240172
                Todd P. Graves (*admitted pro hac vice*)
                Graves Garrett Greim LLC
                1100 Main Street, Suite 2700
                Kansas City, MO 54105
                (816) 256-3138
                edgreim@gravesgarrett.com
                tgraves@gravesgarrett.com

cc: All Counsel of Record (via ECF)

GRANTED. The Clerk of Court is directed to terminate Todd P. Graves from the docket.

SO ORDERED.

Dated: December 22, 2023
       New York, New York

                              ANALISA TORRES
                              United States District Judge